1  Jack Silver, Esq. SB  #160575
   E-mail:lhm28843@sbcglobal.net
2  LAW OFFICE OF JACK SILVER
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
4  Tel.(707) 528-8175
   Fax.(707) 528-8675
5

6  David J. Weinsoff, Esq. SB # 141372
   Email: david@weinsofflaw.com
7  LAW OFFICE OF DAVID J. WEINSOFF
   138 Ridgeway Avenue
8  Fairfax, CA 94930
   Tel. (415) 460-9760
9  Fax. (707) 528-8675

10 Attorneys for Plaintiff
   CALIFORNIA RIVER WATCH
11

*IT IS SO ORDERED*
*Judge Maria-Elena James*

DATED: 04/26/2016

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA

14 | CALIFORNIA RIVER WATCH, an IRC | Case No.: 4:15-cv-03263 YGR
15 | Section 501(c)(3) non-profit, public benefit corporation, |
   |                                | **STIPULATION FOR DISMISSAL WITH PREJUDICE**
16 |         Plaintiff,             | **[FRCP 41(a)(1)(A)(ii)]**
17 |     v.                         |
18 | COUNTY OF MENDOCINO, ET AL     | Trial Date:       None Set
19 |         Defendants.            |
   |                              / |

20     IT IS HEREBY STIPULATED by and between plaintiff CALIFORNIA RIVER WATCH
21 and defendants COUNTY OF MENDOCINO, SOLID WASTE OF WILLITS, INC. and CITY
22 OF FORT BRAGG, by and through their respective counsel of record, that this matter may be
23 dismissed with prejudice, each party hereto to bear its own costs and attorney's fees.
24

25 DATED: 04-26-2016              LAW OFFICE OF DAVID WEINSOFF

26                                By:   */s/ David J. Weinsoff*
                                        David J. Weinsoff
27                                      Counsel for Plaintiff
                                        CALIFORNIA RIVER WATCH
28

                                     1

| | |
|---|---|
| DATED: 04-26-2016 | KATHARINE L. ELLIOTT, Acting County Counsel<br>OFFICE OF THE COUNTY COUNSEL |
| | By:    */s/ Rebecca L. Chenoweth*<br>      Rebecca L. Chenoweth, Deputy<br>      Attorney for Defendant<br>      COUNTY OF MENDOCINO |
| DATED: 04-26-2016 | MANNON, KING AND JOHNSON |
| | By:    */s/ Stephen F. Johnson*<br>      Stephen F. Johnson<br>      Attorney for Defendant<br>      SOLID WASTE OF WILLITS, INC. |
| DATED: 04-26-2016 | BURKE, WILLIAMS & SORENSEN, LLP |
| | By:    */s/ Gregory J. Patterson*<br>      Gregory J. Patterson<br>      Attorney for Defendant<br>      CITY OF FORT BRAGG |

In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing of this Stipulation has been obtained from each of the signatories to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of April, 2016.

LAW OFFICE OF JACK SILVER

By:    */s/ Jack Silver*
      Jack Silver
      Attorney for Plaintiff
      CALIFORNIA RIVER WATCH